IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:06cr253-CSC |
| | ) | [18 U.S.C. 13; AL 13A-10-41] |
| v. | ) | |
| | ) | |
| JERRY L. KELLEY | ) | INFORMATION |

RECEIVED 2006 NOV -7 P 4: 53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

The United States Attorney charges that:

## COUNT I

On or about the 4th of September 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, JERRY L. KELLEY did intentionally prevent or attempt to prevent a peace officer from affecting a lawful arrest.; to wit: refused the commands of, pulled away from and wrestled with Sergeant David C. Wilson, a uniformed Military Police officer, while Sergeant Wilson was lawfully detaining him, in violation of Title 18, Section 13, United States Code and Alabama Code 13A-10-41.

## COUNT II

On or about the 4th of September 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, JERRY L. KELLEY did intentionally appear in public in an intoxicated condition, to wit: Approached the Enterprise gate smelling of alcohol, spoke loudly and belligerently to and shoved Sergeant David C. Wilson, a uniformed Military Police officer, in violation of Title 18, Section 13, United States Code and Alabama Code 13A-11-10.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY


_____
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9807

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Police Officer at Fort Rucker, Alabama. At approximately 12:00 A.M. on the 5th of September 2006, I was dispatched to the Enterprise gate on Fort Rucker to investigate a possible DUI. I made contact with JERRY L. KELLEY. KELLEY refused to submit to apprehension, became belligerent and wrestled with me as I attempted to detain him for investigation. KELLEY smelled of alcohol and was yelling loudly and waving his arms. KELLEY's blood alcohol content was determined to be .08. These events took place on Fort Rucker Alabama.

_____
WILSON, DAVID C., SGT, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this __20__ day of __OCT__ 2006.


_____
NOTARY PUBLIC

My commission expires: __23 DEC 2006__