**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: _JANUARY 9, 2007_    Time: _10:26 - 10:33_

TAPE NO: _3052_ @ _1462_ to _1836_

√   **INITIAL APPEARANCE**
❑   **BOND HEARING**
❑   **DETENTION HEARING**
❑   **REMOVAL HEARING (R.40)**
√   **ARRAIGNMENT**
❑   **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE: _CHARLES S. COODY_    DEPUTY CLERK: _WANDA STINSON_

CASE NO. _1:06CR253-CSC_    NAME: _JERRY L. KELLEY_

AUSA: _NATHAN T. GOLDEN_    DEFT. ATTY: _KEVIN BUTLER_

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( √ ) CDO

USPO: _____

Defendant _____does _√_ does NOT need an interpreter. Interpreter NAME:_____

---

❑ Kars.    Date of Arrest _____ or ❑karsr40
√ Kia.    Deft. First Appearance. Advised of rights/charges.  ❑Pro/Sup Rel Violator
√ Kcnsl.    Deft. First Appearance with Counsel
❑    Deft. First Appearance without Counsel
❑    Requests appointed Counsel    ❑ **ORAL MOTION**
√ Kfinaff.    Financial Affidavit executed ❑ to be obtained by PTSO
√ Koappted    **ORDER** appointing Community Defender Organization
❑ K20appt.    Panel Attorney Appointed; ❑ to be appointed - prepare voucher
❑    Deft. Advises he will retain counsel. Has retained _____
√ karr.    **ARRAIGNMENT**  √ **HELD.** Plea of **NOT GUILTY** entered.
    √ Jury Trial Set for _3/12/07_  ❑ **PRETRIAL CONF. DATE:** _____
    ❑ **DISCOVERY DISCLOSURES DATE:** _____
    ❑ Request Non-Jury Trial.
    ❑ **GUILTY PLEA** entered.
√ **CONSENT** to Proceed before U.S. Magistrate Judge
❑ krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel.

* Court ORDERS that the deft make financial contribution towards attorney fees.