IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 1:06cr253-CSC |
| ) | |
| JERRY L. KELLEY ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and enters his appearance on behalf of Defendant, Jerry L. Kelley, in the above-styled case.

Dated this 12th day of January 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr253-CSC |
| | ) | |
| JERRY L. KELLEY | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esq.
Assistant U. S. Attorney
One Court Square, Suite 201
Montgomery, Alabama  36104

Nathan T. Golden
Department of the Army
Office of Staff Judge Advocate
Military Justice
Building 5700, Novosel Street
Ft. Rucker, Alabama 36362

                                          Respectfully submitted,

                                          s/ Donnie W. Bethel
                                          DONNIE W. BETHEL
                                          Assistant Federal Defender
                                          201 Monroe Street, Suite 407
                                          Montgomery, Alabama 36104
                                          Phone: (334) 834-2099
                                          Fax: (334) 834-0353
                                          E-mail:don_bethel@fd.org
                                          IN Bar Code: 14773-49