IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
vs.                               )          CR. NO. 1:06cr253-CSC
                                  )
JERRY L. KELLEY                   )

## ORDER

Pursuant to the  defendant's *Notice of Intent to Change Plea* (Doc. # 10) filed on

February 9, 2007, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for

**March 6, 2007**, at **10:00 a.m.**, at the Soldiers Service Center, Building 5700, Fort Rucker,

Alabama**.**

Done this 13th day of February, 2007.


                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE