COURTROOM DEPUTY MINUTES   DATE: __3/8/07__   TIME: __10:47 - 10:56__
MIDDLE DISTRICT OF ALABAMA
                           TAPE NO.: __3053__   AT __376 - 635__

☐ ARRAIGNMENT   ✓ CHANGE OF PLEA   ☐ CONSENT PLEA

☐ RULE 44(c) HEARING   ✓ SENTENCING

**PRESIDING MAG. JUDGE:** _CHARLES S. COODY_   **DEPUTY CLERK:** _WANDA STINSON_

**CASE NUMBER:** _1:06CR253-CSC_   **DEFENDANT NAME:** _JERRY KELLEY_

**AUSA:** _CAPT. NATHAN T. GOLDEN_   **DEFENDANT ATTY:** _DONNIE BETHEL_
Type Counsel: ( ) Waived;   ( ) Retained;   ( ) Panel CJA;   ( ) CDO

**USPO:** _BOB PITCHER_

**Defendant** __ does   ✓ does NOT need and interpreter.

**Interpreter present?** ___✓___ NO _____ YES   Name: _____

☐ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ☐ Not Guilty                           ☐ Nol Contendere
   ☐ Not Guilty by reason of insanity
   ✓ Guilty as to:
      ✓ Count(s) __2__   of the Information
      ✓ Count(s) __1__   ☐ dismissed on oral motion of USA;
                         ☐ to be dismissed at sentencing

☐ **ORAL** plea agreement filed.   ✓ Written plea agreement.   ☐ **ORDERED SEALED.**
✓ **ORAL ORDER** Adjudicating defendant guilty
☐ **APPEARANCE BOND** executed.
☐ Trial on _____ ; ☐ Sentencing on _____ ☐ to be set by separate order.
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      Trial on _____ ; or ☐ Sentencing on _____

Oral Order granting Govt. Oral Motion to Dismissed count 1 of the Information.
Deft. sentenced : Fined $100; $5 SA.