**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: __3/8/07__   TIME: __10:47 - 10:56__

TAPE NO.: __3053__   AT __376 - 635__

☐ ARRAIGNMENT   ✓ CHANGE OF PLEA   ☐ CONSENT PLEA

☐ RULE 44(c) HEARING   ✓ SENTENCING

PRESIDING MAG. JUDGE: **CHARLES S. COODY**   DEPUTY CLERK: **WANDA STINSON**

CASE NUMBER: **1:06CR253-CSC**   DEFENDANT NAME: **JERRY KELLEY**

AUSA: **CAPT. NATHAN T. GOLDEN**   DEFENDANT ATTY: **DONNIE BETHEL**
Type Counsel: ( ) Waived;   ( ) Retained;   ( ) Panel CJA;   ( ) CDO

USPO: **BOB PITCHER**

Defendant __ does   ✓ does NOT need and interpreter.

Interpreter present?   ✓ NO   _____ YES   Name: _____

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ☐ Not Guilty   ☐ Nol Contendere
☐ Not Guilty by reason of insanity
✓ Guilty as to:

  ✓ Count(s) __2__   of the Information

  ✓ Count(s) __1__   ☐ dismissed on oral motion of USA;
                   ☐ to be dismissed at sentencing

☐ **ORAL** plea agreement filed.   ✓ Written plea agreement.   ☐ **ORDERED SEALED.**
✓ **ORAL ORDER** Adjudicating defendant guilty
☐ **APPEARANCE BOND** executed.

☐ Trial on _____ ; ☐ Sentencing on _____   ☐ to be set by separate order.

☐ **ORDER:**   Defendant remanded to custody of U. S. Marshal for:
     Trial on _____ ; or   ☐ Sentencing on _____

Oral Order granting Govt. Oral Motion to Dismissed count 1 of the Information.
Deft. sentenced : Fined $100; $5 SA.