AO 245H    (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For a Petty Offense) — Short Form |
| | CASE NUMBER: 1:06-CR-253-CSC |
| JERRY L. KELLEY | USM NUMBER: |
| | DONNIE BETHEL |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  **THE DEFENDANT** pleaded guilty to count(s)    2 of the Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:13 | Public Intoxication | 9/4/06 | 2 |

X  Count(s) _____1_____ X is ☐ are  dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| **Total:** | $ 5.00 | $ 100.00 |

Defendant's Soc. Sec. No.: ~~XXX-XX-XXXX~~

Defendant's Date of Birth: 8/27/64

March 6, 2007
Date of Imposition of Judgment

Signature of Judge

Defendant's Residence Address:
205 West Harris Road, Ft. Rucker, AL 36362

CHARLES S. COODY, CHIEF U.S. MAGISTRATE JUDGE
Name and Title of Judge

March 12, 2007
Date

Defendant's Mailing Address:
SAME AS ABOVE